IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    1342 S EAST ELLICOTT ROAD, CALHAN, COLORADO;
2.    39480 HIGHWAY 94, RUSH, COLORADO;
3.    5816 LITTLE RIVER DRIVE, TAMPA, FLORIDA, 33165;
4.    6801 MITCHELL CIRCLE, TAMPA, FLORIDA, 33634;
5.    5949 MOHR LOOP, TAMPA, FLORIDA, 33615; and
6.    2016 JAGUAR XJ SAJWJ1CD5G8V94142.

       Defendants.

_____

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

_____

       The United States of America, by and through United States Attorney Jason R. Dunn and Assistant United States Attorney Tonya S. Andrews, pursuant to Supplemental Rules for Admiralty, Maritime and Asset Forfeiture Claims G(2), states:

### JURISDICTION AND VENUE

       1.    The United States of America (the "United States") has commenced this action pursuant to the civil forfeiture provisions of 21 U.S.C. § 881, seeking forfeiture of defendant property based upon violations of 21 U.S.C. § 801 *et seq.* This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

       2.    Venue is proper under 21 U.S.C. § 881(j) and 28 U.S.C. § 1395, as some of the defendant property is located, and most of the acts described occurred in the District of Colorado.

## **DEFENDANT PROPERTY**

3.      Defendant property is more fully described as:

a.      1342 South East Ellicott Road, South, Calhan, Colorado,

(defendant 1342 S East Ellicott Road), more fully described as:

SLY 355.00 FT OF NE4SE4 SEC 19-14-62

Defendant 1342 South East Ellicott Road was purchased on August 9, 2016 by

Juan Carlos Cruz for $150,000.00, and upon information and belief is encumbered in

the amount of $60,000.00.

b.      39480 Highway 94, Rush, Colorado, (defendant 39480 Highway

94), more fully described as:

TRACT IN E2 OF SEC 10-14-60 AS FOLS: COM AT SE COR OF SD
SEC 10, TH N 0<56'00'' W 1829.51 FT, S 88<42'28'' W 940.50 FT
FOR POB, TH CONT S 88<42'28'' W 1677.31 FT, S 1<14'35'' E
1829.47 FT, N 88<42'28'' E 1667.42 FT, TH N 0<56'00'' W 220.0 FT,
TH CONT N 0<56'00'' W 1609.51 FT TO POB, EX PART TO STATE
FOR HWY, W/MR

Defendant 39480 Highway 94 is titled in the name of Yamir Rios and Gonzalo E

Lopez.  It was purchased on September 26, 2006, for $62,000.00, and upon information

and belief is unencumbered.

c.      5816 Little River Drive, Tampa, Florida, 33165, (defendant 5186

Little River Drive), more fully described as:

Lot 5, Block 1, Mecca City, according to the Map or Plat thereof as
recorded in Plat Book 32, page(s) 57, of the Public Records of
Hillsborough County, Florida.
Parcel ID No. 006484. 0000
A/K/A Property Address: 5816 Little River Dr., Tampa, FL 33615.

Defendant 5816 Little River Drive is titled in the name of Land Trust, which names Lazaro Cordero-Becerra as the sole trustee. It was quit-claimed to Lenrry Cordero on September 13, 2017, and upon information and belief is unencumbered.

        d.      6801 Mitchell Circle, Tampa, Florida, 33634, (defendant 6801 Mitchell Circle), more fully described as:

> Lot 32, Block 7, Town 'N Country Park Section 9 Unit No. 8, according to the Plat thereof as recorded in Plat Book 44, page(s) 89, of the Public Records of Hillsborough County, Florida.
> Parcel ID No. U-25-28-17-099-000007-00032.0
> A/K/A Property Address: 6801 Mitchell Circle, Tampa, FL 33634.

Defendant 6801 Mitchell Circle was purchased on June 15, 2018, by the Realtop Group LLC and placed in the name of 6801 Mitchel Circle in Tampa, Florida 33634 Land Trust.

        e.      5949 Mohr Loop, Tampa, Florida, 33615, (defendant 5949 Mohr Loop), more fully described as:

> Lot 7, Parcel 2, of "treehouses at Mohr Loop" according to the Plat Thereof as recorded in Plat Book 88 at Page 82 of the Public Records of Hillsborough County of Florida. Folio: 006617-0154 PIN: U-31-28-18-177-000003-00024.0.

Defendant 5949 Mohr Loop is titled in the name of Rolando and Yinette Medina. It purchased by Lenrry Cordero-Becerra on October 12, 2018, for $100.00 and quit claimed to Rolando and Yinette Medina on September 12, 2019. Upon information and belief, the property is unencumbered.

        f.      2016 Jaguar XJ VIN # SAJWJ1CD5G8V94142, (defendant 2016 Jaguar XJ), in the name of Yinette Medina, currently in Tampa, Florida. Upon information and belief, defendant Jaguar XJ is unencumbered.

## FACTUAL BASIS FOR FORFEITURE

Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

### Background

4.      In October 2015, local law enforcement began an investigation into a Cuban Marijuana Drug Trafficking Organization (DTO) in Colorado Springs and El Paso County, Colorado. The DTO consists mainly of families that originated in Florida and moved to Colorado. The DTO exported marijuana outside of Colorado to New York, Florida, New Mexico, and Kentucky.

5.      This investigation includes hundreds of individuals and approximately four hundred indoor marijuana grows associated with the DTO. Numerous federal search warrants have been executed over the course of the investigation.

6.      Led by Lenrry Cordero-Becerra, a Florida Resident, ("Lenrry Cordero"), multiple individuals are operated marijuana grow houses in Colorado under his instruction. Cordero is the "boss" of the organization and would direct the operations of the group and secure buyers for the marijuana. He provided knowledge about setting up the marijuana grows, cultivating marijuana, and would also provide money for other members of the DTO to rent or purchase the marijuana grow houses.

7.      Cordero managed the money and distributed it once the marijuana was sold. Some DTO members would help to transport the marijuana out of state, largely to Kentucky.

8.      Josue Romero is a real estate broker who assists the DTO to purchase

single-family homes for the purpose of growing marijuana.  Romero owns the real estate businesses My Processing Hub and My Lending Hub in Tampa, Florida.  Members of the DTO can apply for a mortgage loan through Romero by claiming more assets and net worth than they actually have, and without providing proof of income.  Romero keeps a portion of the bulk cash provided by the DTO members at closing.

### Investigation

### Defendant 1342 S East Ellicott Road

9.      On August 9, 2016, Juan Carlos Cruz ("Cruz"), a resident of Tampa, Florida, purchased defendant 1342 S East Ellicott Road, Calhan, Colorado, for $150,000.00.  Cruz is a known associate of Josue Romero and Lenrry Cordero.

10.     Cruz became the electrical service subscriber of defendant 1342 S East Ellicott Road on September 15, 2016.  The registered email on the electrical account was Romero@mylendinghub.com.  On May 1, 2017, the account was in the name of Angel S. Ibargollin.  Below is a usage and billing table based on information provided by Mountain View Electric Association (MVEA) from April 2017 to August 2017.

| Billing Period | Usage | Use Revenue |
| --- | --- | --- |
| Aug-17 | 35,480 | $2,482.16 |
| July-17 | 30,840 | $2,171.28 |
| Jun-17 | 13,040 | $1,003.18 |
| May-17 | 22,720 | $1,613.24 |
| Apr-17 | 32,960 | $2,358.82 |

11.     According to the United States Energy Information Administration, the

average electricity consumption for a U.S. resident utility customer was 10,812 kWh per year and an average of 901 kWh per month. At its peak, the usage amounts during the time Cruz was the subscriber for the Ellicott Road account were over 36 times higher than the national average of kWh usage per month. The usage between June 2017 and August 2017 averaged 29 times higher than the national average.

12.    Investigators became aware that Cruz was scheduled to travel from Florida to Colorado on a United Airlines flight on June 26, 2017. Law enforcement believed Cruz was also a financer for the DTO.

13.    On June 26, 2017, investigators from the Drug Enforcement Administration (DEA) and Tampa Homeland Security Investigations (HSI) conducted surveillance on Cruz during his travel from Florida to Colorado.

14.    DEA agents in Colorado observed Cruz land at the Denver International Airport, where a man who was waiting for him in the concourse immediately approached him. Cruz and the man left the airport in the same car, and drove to defendant 1342 S East Ellicott Road. Through aerial surveillance, law enforcement observed a large marijuana grow on the property at defendant 1342 S East Ellicott Road.

15.    On October 11, 2017, the El Paso County Sheriff's Office executed a federal search warrant at defendant 1342 S East Ellicott Road. The resident of the property, Angel Salinas-Ibargollin, was present at the time of the search with his son.

16.    Officers located a grow room with 55 marijuana plants at the rear corner of the residence. Directly across from the first room, 45 marijuana plants were growing in a second grow room. The hallway leading to the cultivation rooms had a small open area with a large water tank, pumps, aerators, and fertilizers.

17.     In the back yard of defendant 1342 S East Ellicott Road, there was a small outbuilding and a large area hidden behind a six-foot privacy fence. Inside the privacy fence, there was a large marijuana grow comprised of 233 marijuana plants. The outbuilding contained drying racks holding approximately 200 pounds of processed marijuana.

<u>Defendant 39480 Highway 94</u>

18.     Defendant 39480 Highway 94 was purchased on September 26, 2006, by Yamir Rios (hereinafter "Rios") and Gonzalo E Lopez for $62,000.00.  Yamir Leon, (hereinafter "Leon") a known member of the DTO, lives there with his wife and children.

19.     On May 23, 2017, investigators from the DEA Colorado Springs Resident Office (CSRO) executed a federal search warrant at defendant 39480 Highway 94. An individual by the name of Alexi Acosta-Gutierrez was present at the time of the search.

20.     Officers found an outbuilding on the east end of the property.  Inside the outbuilding, there was an active marijuana grow containing 65 marijuana plants. To the far west end of the property in a barn style building, there were 148 actively growing marijuana plants, and 30 more plants growing in another room.

21.     In a subsequent interview, Acosta-Gutierrez told officers that he lives with his mother in Pueblo West, Colorado.  He told officers that his sister, Yumerkys Moreira, lived with her husband, Leon, and their children in defendant 39480 Highway 94.

22.     Acosta-Gutierrez told officers that he has seen the owner of the property, Yamir Rios, at defendant 39480 Highway 94 a few times.

23.     During the interview with Acosta-Gutierrez, Leon arrived on scene and told officers he was the owner of the marijuana grow in the east end of the property.

24.     When officers interviewed Leon, he told them that he lives at defendant 39480 Highway 94, but the house is actually owned by Gonzalo Lopez and Rios. Leon told officers that Rios was growing marijuana in Rush, Colorado.

25.     Gonzalo E Lopez was identified as the father of Kenny Lopez Hurtado. Lopez Hurtado was later contacted during the execution of a search warrant and seizure of bulk cash and a marijuana grow located at 6211 Calhan Road, and was indicted for manufacturing 100 plants or more of marijuana.

26.     Also present during the search at 6211 Calhan Road was Carlos Pardo Ruiseco, who was later identified as the man who picked up Juan Carlos Cruz from the airport on June 26, 2017, and transported him to 1342 S East Ellicott Road.

27.     On March 22, 2017, during the search of 1453 Lookout Springs Drive, a different marijuana grow house associated with the DTO, officers found documents in the names of Rios and Gonzalo E. Lopez pertaining to defendant 39480 Highway 94, including electrical billing documents and a quitclaim deed listing Yamir Rios and Gonzalo E. Lopez as the grantees.

28.     The target of the search warrant at 1453 Lookout Springs Drive was Claro Rios, a known associate and probable relative to Yamir Rios. During the search, multiple items belonging to Yamir Rios were found in one of the bedrooms. Investigators believed Yamir Rios actually resided at the residence, and a marijuana grow was seized at this location as well.

29.     Mountain View Electric Association (MVEA) created a design for the electrical service of a greenhouse for Gonzalo at defendant 39480 Highway 94. The total cost was computed to be $17,472.00, and Gonzalo E. Lopez paid $11,907.00 in cash up

front, which was deducted from his total cost for an 800 ampere service.  The name on the MVEA electrical account is Gonzalo E. Lopez.  Lopez paid for the service in cash and the service began on March 21, 2017.

30.     Yamir Leon has been indicted in criminal case number 19-cr-00182-WJM in Count One with knowingly and intentionally manufacturing 100 and more marijuana plants from a time unknown but not later than on or about May 23, 2017, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vii); and in Count Two with knowingly and intentionally maintaining 39480 Highway 94, Rush, Colorado, for the purpose of manufacturing and distributing marijuana, in violation of 21 U.S.C. §§ 856(a)(1) and (b).

## INVESTIGATION OF LENRRY CORDERO-BECCERA

31.     On December 8, 2015, investigators in Colorado received information from local law enforcement regarding a possible connection between Tampa Bay, Florida and Colorado Springs, Colorado.   They believed that Lenrry Cordero-Becerra ("Lenrry Cordero") had moved to Colorado Springs recently and reported that he had run a large marijuana cultivation and distribution organization in Naples, Florida in 2010, and was arrested and served 3 years in prison followed by 2 years of probation.

32.     Over the course of the investigation into the drug trafficking activities of the DTO in Colorado, the DEA and HSI Colorado Springs executed search warrants at ten properties used to grow marijuana.  Investigators linked at least six of these marijuana grow houses in Colorado with Lenrry Cordero, including the following:

a)     20590 Calle Pacifico Point, Fountain, Colorado, was quit claimed from Josue Romero to Lenrry Cordero in 2017; 245 marijuana plants were seized from this address on May 23, 2017.

b)     6750 Indian Village Heights, Fountain, Colorado, is titled to Didier De La Riva Gil.  Reinier Cordero Rodriguez, Lenrry Cordero's nephew, registered this address as his home address with the Colorado DMV.

Law enforcement seized 118 marijuana plants from this address on March 14, 2018.

c)   7946 Alaya Way, Fountain, Colorado, is titled to Juan Miguel Becerra, Lenrry Cordero's cousin. Lenrry Cordero also registered a white Ford van to this address, and listed this as his home address on his Colorado's driver's license. Law enforcement seized 333 marijuana plants at this address on March 14, 2018.

d)   7923 Alaya Way, Fountain, Colorado is titled to Yaima Leon, who is Juan Miguel Becerra's wife. Yaima Leon operated the marijuana grow on behalf of her husband and Lenrry Cordero. Law enforcement seized 133 marijuana plants from this address on March 14, 2018.

e)   1115 Server Drive, Colorado Springs, Colorado, is occupied by Osmany Bonachea Matos. Osmany Matos was an associate of the 2010 Florida DTO that Lenrry Cordero was involved in. Law enforcement seized 40 marijuana plants at this residence on March 14, 2018.

f)   35294 Shear Road, Yoder, Colorado is titled to Ledis Cordero Diaz, Lenrry Cordero's daughter. Law enforcement seized 375 marijuana plants at this address on March 14, 2018.

33.   Lenrry Cordero-Becerra was the leader of the group, who are associated together through ties of family and friendship. Reinier Cordero Rodriguez, Lenrry Cordero's nephew, was closely involved with his uncle at the beginning of the conspiracy as he would accompany Lenrry to the various grow houses and obtain and deliver supplies for the grows.

34.   Later, Reinier Cordero took on a lower role of primarily transporting marijuana, and Luis Rodrigo De La Vega Del Valle became Lenrry's primary assistant.

35.   Reinier Cordero introduced Lenrry to a significant customer in Louisville, Kentucky, and facilitated the distribution with the promise of receiving a cut of the profits. Eventually, Lenrry began negotiating directly with the buyer, instead promising the DTO members payments to transport the marijuana.

36.   The Colorado investigation led to large-scale arrests and multiple

individuals, including Ranier Cordero and Lenrry Cordero-Beccera being indicted for growing marijuana.

Traffic Stops

October 27, 2017

37.    On October 27, 2017, Kansas Highway Patrol conducted a traffic stop based on traffic infractions of a car driven by Lenrry Cordero's ex-girlfriend.   The passenger was Cordero's daughter, Ledis Cordero-Diaz.

38.    The ex-girlfriend consented to a vehicle search during which officers found 97 1-lb bags of processed marijuana, a small amount of cocaine, and $20,000.00 in bundled cash.  Cordero's ex-girlfriend was charged and pled guilty to the marijuana and cocaine.  Cordero-Diaz was not charged.

December 5, 2017

39.    On December 5, 2017, Kansas Highway Patrol stopped a westbound truck pulling a home-made car trailer for traffic violations.   The driver was Lenrry Cordero-Becerra, and the passenger was Luis Rodrigo De La Vega Del Valle.

40.    The officer noted during the stop that the trailer had a false-floor hidden compartment.  The compartment was empty, but Del Valle had a bundle of cash in the amount of $8,520 in his pocket.

March 14, 2018

41.     On March 14, 2018, HSI Tampa conducted surveillance at the residence of Lenrry Cordero at 5816 Little River Drive, Tampa, Florida 33615.  Cordero left the house carrying a cardboard box and drove off in a Ford F150 truck.

42.    Soon after, law enforcement conducted a traffic stop of the truck.  Cordero

gave consent for officers to search his truck, where they found the cardboard box wedged under the rear seat.  Officers found a vacuum-sealed bag inside the box containing bulk cash in denominations of 100's and 20's.

43.     Cordero also gave law enforcement consent to search defendant 5816 Little River Drive.  During the consent search, more vacuum-sealed cash was discovered inside the dishwasher.  A money counter, heat sealer, and rolls of vacuum seal plastic were also seized, as were 3 vehicles for suspected proceeds of drug trafficking.

### ARREST

44.     On January 6, 2019, the Louisville Metro Police Department was conducting surveillance on a property in relation to the DTO, 4518 Sedgefield Court, Louisville, Kentucky.  A confidential source told law enforcement that a large shipment of marijuana had just been delivered to the property.

45.     Several vehicles left the residence at the same time, including a black iDodge Ram 3500.  Lenrry Cordero was the passenger in the truck, which was pulling a car on a trailer behind it. Law enforcement conducted a traffic stop on the truck, and a certified K-9 was deployed to conduct an open-air sniff of the truck. The K-9 alerted to the odor of narcotics underneath the trailer being pulled behind the truck.  Law enforcement then found 75 pounds of marijuana concealed in the frame of the trailer.

46.     Cordero has been indicted in criminal case number 19-CR-00298-PAB, in Count One with of possession with intent to distribute 100 kilograms and more marijuana, manufacturing 100 or more marijuana plants from a time unknown but not later than on or about May 2016, through on or about January 6, 2019, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vii), all in violation of 21 U.S.C. § 846; and in Count Two with

unlawfully and knowingly using and maintaining a place located at 20590 Calle Pacifico Point, Fountain, Colorado, for the purpose of manufacturing marijuana in violation of 21 U.S.C. §§ 856(a)(1) and (b).

### Financial Investigation

47.     Throughout the investigation, law enforcement learned that Cordero purchased real properties in Colorado and Florida with illicit drug proceeds for the purpose of growing marijuana, as well as other assets such as vehicles.  He has routinely placed his properties and businesses in the names of other individuals, including Juan Miguel Becerra, Leonel Rios, and Rolando Medina, in order to deter law enforcement from his drug trafficking activities.

#### Wages

48.     No recorded wages associated with Lenrry Cordero's social security number were found in the State of Florida or in the State of Colorado.  However, 2016 and 2017 Federal Tax filings for Lenrry Cordero were discovered during the March 14, 2018 consent search of his residence at 5816 Little River Drive.  Lenrry Cordero claimed to be a self-employed handyman that earned a total gross income of $30,120 in 2017 and $25,000 in 2016.  He claimed 5816 Little River Drive as the business address on the tax return form.

49.     Yinette Medina, who is the girlfriend/common law wife of Cordero, has worked for Harvard Maintenance Inc. since 2015.  She reported $15,972.75 in the first quarter of 2019, and $16,531.58 in the second quarter of 2019.

50.     Despite this minimal reported income, as set forth below, Lenrry Cordero acquired three real properties without financing over the course of approximately 13

months, and appears to have spent at least $600,000.00 to purchase these properties.

Defendant 5816 Little River Drive

51.     On September 13, 2017, the property at 5816 Little River Road in Tampa, Florida was quit-claimed to Lenrry Cordero by Maria Pimentel of L&M Renovations, LLC. It is his primary residence with Yinette Medina.

52.     According to open-source information, defendant 5816 Little River Road was listed for sale for $324,900 in September 2017.

53.     On March 14, 2018, Cordero allowed agents inside defendant 5816 Little River Drive and signed a consent to search form.  Agents found $29,520.00 in United States currency vacuum-sealed and hidden in the dishwasher, as well as multiple documents, indicating Cordero payed for the utilities at the residence.

54.     Agents found also found a money counter, heat sealer, and rolls of vacuum seal plastic were seized, as were 3 vehicles for suspected proceeds of drug trafficking.

55.     On August 1, 2018, Cordero placed the residence in a Land Trust, which names Lenrry Cordero's brother, Lazaro Cordero Becerra, as the sole Trustee of the trust.

Defendant 6801 Mitchell Circle

56.     On June 15, 2018, the property at 6801 Mitchell Circle in Tampa, Florida was purchased by the Realtop Group LLC and placed into 6801 Mitchell Circle in Tampa, Florida 33634 Land Trust.  Yunior Rivero was named as a Trustee / Manager of the trust.

57.     According to open source information, defendant 6801 Mitchell Circle was sold to the prior owner in 2012 for $195,000.00.   Defendant 6801 Mitchell Circle is currently listed for sale for $409,900.00.

58.     On April 11, 2019, Yinette Medina was placed on the 6801 Mitchell Circle

in Tampa, Florida 33634 Land Trust as a Trustee. 6801 Mitchell Circle in Tampa, Florida is listed as her address on the deed.

59.     Law enforcement spoke with Lenrry Cordero's cousin, Juan Becerra, another DTO member indicted in Colorado for cultivating marijuana.  Becerra told law enforcement that Lenrry Cordero was putting his properties into other people's names and other businesses to keep his property from being seized by the police.  Becerra said Lenrry Cordero put properties in the name of his wife and father-in-law, Yinette and Rolando Medina.

Defendant 5949 Mohr Loop

60.     On October 12, 2018, Cordero purchased 5949 Mohr Loop in Tampa, Florida, in his name and Yinette Medina's name. On September 12, 2019, the ownership of the property was transferred to Rolando Medina, who resides in Lehigh Acres, Florida. Rolando Medina is the father of Yinette Medina.

61.     According to open-source information, defendant 5949 Mohr Loop was listed for sale for $85,000.00 in September 2018.

62.      Juan Becerra told law enforcement he was with Lenrry Cordero when they drove to his property on Mohr Loop where he is having a new house built.  Lenrry paid the construction crew chief in cash.

63.     On October 19, 2019, a Notice of Commencement for a new single family house construction was filed with the Hillsborough County Clerk of Court for 5949 Mohr Loop.  Rolando Medina was named as the owner, but an individual named Pedro Olivera signed as Authorized Signer for Rolando Medina.

64.     On February 28, 2020, law enforcement observed a concrete block house

under construction with the roof being installed at defendant 5949 Mohr Loop.  An officer working in an undercover capacity approached the construction crew at that address and asked for work.

65.    On February 29, 2020, the undercover officer (UC) drove to defendant 5949 Mohr Loop and asked for work.  The construction contractor named Guillermo gave the UC the job over the phone.  Guillermo told the UC that payment for the work would be made in cash.  While the UC was at the Mohr Loop site, Lenrry Cordero dove up in a white SUV, looked, and left.  One of the construction workers told the UC that the man in the SUV had hired Guillermo.

66.    Each day the UC worked at the property, Lenrry Cordero drove up in the white SUV, observed from inside the vehicle for a while and then departed.

Defendant 2016 Jaguar XJ

67.    Defendant 2016 Jaguar XJ was purchased on May 25, 2018.  It is titled in the name of Yinette Medina.  The seller, from Burlington, North Carolina, sold it to Medina by posting an advertisement online.

68.    Investigators contacted the seller to ask about the sale, and the seller relayed the following that the buyer, who was Medina, did not call, but only texted him leading up to the sale.

69.    Medina said that they would drive to North Carolina but had to stop in Tennessee to meet with friends, who owed them money.

70.    Medina and a male who appeared to be her boyfriend, asked to use Mr. Sumner's garage so they could remove cash from the spare tire of the Dodge pickup truck in which they arrived.  The cash was in denominations of $5, $10 and $20 US Dollar bills,

totaling approximately $48,000.00.

71.     Medina said she was going to put the car in her dad's name.

72.     The seller was concerned that the money was counterfeit, so he and the buyers went to PNC Bank, where the bank counted the money and deposited it into the seller's personal account.  PNC Bank filed a Currency Transaction Report (CTR) on June 4, 2018, which states that $46,000.00 was deposited into the seller's account on May 25, 2018.

73.     Therefore, defendant 2016 Jaguar XJ represents proceeds traceable to an exchange of a controlled substance.

VERIFICATION OF MICHAEL GOODWIN

SPECIAL AGENT, HOMELAND SECURITY INVESTIGATIONS

I, Homeland Security Investigations Special Agent, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

s/
Michael Goodwin
Special Agent - HSI

FIRST CLAIM FOR RELIEF

74.     The Plaintiff repeats and incorporates by reference the paragraphs above.

75.     By the foregoing and other acts, defendant 1342 S East Ellicott Road, Calhan, Colorado constitutes property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of 21 U.S.C. § 801, et seq., and therefore, is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(7).

SECOND CLAIM FOR RELIEF

76.     The Plaintiff repeats and incorporates by reference the paragraphs above.

77.     By the foregoing and other acts, defendant 139480 Highway 94, Rush, Colorado constitutes property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of 21 U.S.C. § 801, et seq., and therefore, is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(7).

THIRD CLAIM FOR RELIEF

78.     The Plaintiff repeats and incorporates by reference the paragraphs above.

79.     By the foregoing and other acts, defendant 5816 Little River Drive, Tampa, Florida, 33165 constitutes proceeds traceable to an exchange of a controlled substance

in violation of 21 U.S.C. § 801, et seq., and therefore, is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

## FOURTH CLAIM FOR RELIEF

80.     The Plaintiff repeats and incorporates by reference the paragraphs above.

81.     By the foregoing and other acts, defendant 6801 Mitchell Circle, Tampa, Florida, 33634 constitutes proceeds traceable to an exchange of a controlled substance in violation of 21 U.S.C. § 801, et seq., and therefore, is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

## FIFTH CLAIM FOR RELIEF

82.     The Plaintiff repeats and incorporates by reference the paragraphs above.

83.     By the foregoing and other acts, defendant 5949 Mohr Loop, Tampa, Florida, 33615 constitutes proceeds traceable to an exchange of a controlled substance in violation of 21 U.S.C. § 801, et seq., and therefore, is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

## SIXTH CLAIM FOR RELIEF

84.     The Plaintiff repeats and incorporates by reference the paragraphs above.

85.     By the foregoing and other acts, defendant 2016 Jaguar XJ SAJWJ1CD5G8V94142  constitutes proceeds traceable to an exchange of a controlled substance in violation of 21 U.S.C. § 801, et seq., and therefore, is forfeitable to the United States pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, the United States prays for entry of a final order of forfeiture for the defendant property in favor of the United States, that the Unites States be authorized to dispose of the defendant property in accordance with law, and that the

Court enter a finding of probable cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 8th day of June, 2020.

Respectfully submitted,

JASON R. DUNN
United States Attorney

By:  s/*Tonya S. Andrews*
     Tonya S. Andrews
     Assistant United States Attorney
     1801 California Street, Suite 1600
     Denver, Colorado 80202
     Telephone: (303) 454-0100
     Fax: (303) 454-0402
     E-mail: tonya.andrews@usdoj.gov
     *Attorney for Plaintiff*