IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 20-cv-01662-CMA-KMT

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. **$21,776.35 IN U.S. CURRENCY IN LIEU OF 1342 S EAST ELLICOTT ROAD, CALHAN, COLORADO;**
2. 39480 HIGHWAY 94, RUSH, COLORADO;
3. 5816 LITTLE RIVER DRIVE, TAMPA, FLORIDA, 33165;
4. $144,824.83 IN U.S. CURRENCY IN LIEU OF 6801 MITCHELL CIRCLE, TAMPA, FLORIDA, 33634;
5. 2016 JAGUAR XJ SAJWJ1CD5G8V94142.

       Defendants.

## DEFAULT AND FINAL ORDER OF FORFEITURE

THIS MATTER comes before the Court on the *United States' Motion for Default and Final Order of Forfeiture*, the Court having reviewed said Motion FINDS that:

    1.    The United States commenced this civil forfeiture action, pursuant to 21 U.S.C. § 881.  (Doc. 1);

    2.    The facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final judgment and order of forfeiture as to defendant $21,776.35 in United States currency in lieu of 1342 S East Ellicott Road, Calhan, Colorado;

1

3. All known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  (Docs. 12 & 25);

4. No claim, answer, or other responsive pleading has been filed as to the defendant assets as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

5. *Entry of Default* was entered by the Clerk of the Court.  (Doc. 35).

IT IS THEREFORE ORDERED that a default and final order of forfeiture, including all right, title, and interest is entered for defendant $21,776.35 in United States currency in lieu of 1342 S East Ellicott Road, Calhan, Colorado.

IT IS FURTHER ORDERED that the United States shall have full and legal title as to defendant $21,776.35 in United States currency in lieu of 1342 S East Ellicott Road, Calhan, Colorado and may dispose of said asset in accordance with law, and that the Clerk of the Court is directed to enter Judgment as to the defendant assets.

DATED:  November 30, 2020

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Court Judge